# EXHIBIT 1

Electronically FILED by Superior Court of California, County of Los Angeles on 12/21/2020 10:51 AM Sherri R. Carter, Executive Officer/Clerk of Court, by C. Monroe, Deputy Clerk
Case 2:21-cv-01633-MCS-PVC   Document 1-1   Filed 02/22/21   Page 2 of 6   Page ID #:8
20STCV48646
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Derryl S Halpern (State Bar Number 187973)<br>The Halpern Law Firm, Inc.<br>26500 W. Agoura Road, Suite 212<br>Calabasas, CA 91302<br>TELEPHONE NO: (818) 785-5999   FAX NO. (Optional): (818) 609-1342<br>E-MAIL ADDRESS (Optional): DSH@HalpernLawCorp.com<br>ATTORNEY FOR (Name): Plaintiff, | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles Ca 90012
BRANCH NAME:

PLAINTIFF: DULCE LILIAN PINEDA

DEFENDANT: BUFFALO WILD WINGS

[✓] DOES 1 TO 100 Inclusively.

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify): Premise Liability
   [✓] Property Damage   [ ] Wrongful Death
   [✓] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 20STCV48646

1. Plaintiff (name or names): DULCE LILIAN PINEDA
   alleges causes of action against defendant (name or names):
   BUFFALO WILD WINGS and DOES 1 TO 100
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

1/5/2021 12:00:00 AM          20200101743000l          5820210105005877

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant *(name):* BUFFALO WILD WI
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 2 of 3

1/5/2021 12:00:00 AM          20200101743 0001          5820210105005877

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    ****Plaintiff hereby demands a trial by jury****

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: December 17, 2020

Derryl Halpern
(TYPE OR PRINT NAME)            ▶   *(signature)*
                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: Pineda v. Biffalo Wild Wings | CASE NUMBER: |
|---|---|

**First** _(number)_ **CAUSE OF ACTION—Premises Liability**   Page _____

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_

**Prem.L-1.** Plaintiff _(name)_: DULCE LILIAN PINEDA
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On _(date)_: Dec 12, 2019   plaintiff was injured on the following premises in the following fashion _(description of premises and circumstances of injury)_:

Defendant owned operated and managed a restaurant located at 9301 Tampa Blvd. On the date of the incident Defendant created, knew of or should have known of the a dangerous slippery condition that was on the floor of their store. Defendant failed to remedy the cause of the condition and failed to remedy fix, clean make safe and or warn of the dangerous condition. As a result of Defendants negligence and dangerous condition plaintiff slipped and fell and suffered serious injuires.

**Prem.L-2.** [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were _(names)_:
BUFFALO WILD WINGS

[✓] Does 1 to 100

**Prem.L-3.** [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were _(names)_:
BUFFALO WILD WINGS

[✓] Does 1 to 100

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

**Prem.L-4.** [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were _(names)_:

[ ] Does ___ to ___

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names)_:

[✓] Does 1 to 100

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows _(names)_:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

1/5/2021 12:00:00 AM        20200101743001        5820210105005877

PLD-PI-001(2)

| SHORT TITLE: Pineda vs. Buffalo Wild Wings | CASE NUMBER: |
|---|---|

Second _____ **CAUSE OF ACTION—General Negligence**   Page _____
(number)

ATTACHMENT TO [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: DULCE LILIAN PINEDA

alleges that defendant *(name)*: BUFFALO WILD WINGS

[✓] Does 1 to 100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: Dec 12, 2019
at *(place)*: 9301 Tampa Blvd Northridge Ca 91324

*(description of reasons for liability)*:

Defendant owned operated and managed a restaurant located at 9301 Tampa Blvd. On the date of the incident Defendant created, knew of or should have known of the a dangerous slippery condition that was on the floor of their store. Defendant failed to remedy the cause of the condition and failed to remedy fix, clean make safe and or warn of the dangerous condition. As a result of Defendants negligence and dangerous condition plaintiff slipped and fell and suffered serious injuires. Defendant negligently hired, trained, managed, directed, instructed, and/or supervised their agents and/or employees, the result of which legally and directly caused the accident and Plaintiff's injuries and damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

1/5/2021 12:00:00 AM   20200101743001   5820210105005877